IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| KEVIN GREENE, *individually and behalf of all those similarly situated* | : | CLASS ACTION |
| Plaintiff, | : | |
| v. | : | |
| H&K GROUP, INC. | : | |
| Defendant | : | |

| | | |
|---|---|---|
| KEVIN GREENE, *individually and behalf of all those similarly situated* | : | CLASS ACTION |
| Plaintiff, | : | COURT OF COMMON PLEAS MONTGOMERY COUNTY |
| v. | : | NO. 2022-23557 |
| H&K GROUP, INC. | : | |
| Defendant | : | |

## NOTICE OF REMOVAL

TO THE HONORABLE JUDGES OF THE UNITED STATES DISTRICT
COURT FOR THE EASTERN DISTRICT OF PENNSYLVANIA:

H&K Group, Inc., (hereinafter "Defendant"), by and through its attorneys, Marshall Dennehey Warner Coleman & Goggin, hereby removes the above-captioned case to this Honorable Court and provides notice of same to counsel representing the Plaintiff. In support of the removal, the Defendant avers as follows:

1. On December 8, 2022, Plaintiff filed a Class Action ("Complaint") in the above-captioned matter with the Montgomery County Court of Common Pleas. A copy of the Class Action Complaint herein is attached hereto and marked Exhibit A.

2. On December 9, 2022, Plaintiff's Complaint in the above matter was served upon Defendant via the Sheriff's Office.

3. In Plaintiff's Complaint, Plaintiff purports to file this lawsuit on behalf of a class of current or former employees of Defendant who performed work which was subject to "other applicable federal, . . . prevailing wage laws, in any workweek since December 1, 2019 . . ." See, Exhibit A, paragraph 6.

4. In addition, Plaintiff avers that Defendant's construction projects on which Plaintiff worked were subject to prevailing wage laws such as the federal Davis-Bacon Act, 40 U.S.C. § 3141, *et seq*. See, Exhibit A, paragraph 12.

5. This Notice of Removal is timely filed pursuant to 28 U.S.C. § 1446(b) because it is filed within thirty (30) days of December 13, 2022, when Defendant was served with the Complaint.

6. This Court has original jurisdiction over this civil action pursuant to 28 U.S.C. § 1331, and the action may be removed to this Court by Defendant pursuant to 28 U.S.C. § 1441. The allegations set forth in the Complaint render this action a civil action arising under the Constitution, laws or treaties of the United States.

7. When a plaintiff's complaint relies on federal law as the source of recovery, such as here wherein Plaintiff alleges violations federal prevailing wage laws such as the federal Davis-Bacon Act, it is obvious that the case "arises under" federal law and therefore may be removed to federal court. *Franchise Tax Bd. v. Construction Laborers Vacation Trust*, 463 U.S. 1, 9 (1983).

8. Pursuant to 28 USC §1367(a), this Court has supplemental jurisdiction over the remaining causes of action that are not within the original jurisdiction of the Court because the remaining claims form the same case and/or controversy as the claims within the original jurisdiction of the Court.

9. Written notice of this filing will be given to Plaintiff. Also, as required by 28 U.S.C. §1446(d), a copy of this Notice of Removal will also be filed with the Prothonotary of the Court of Common Pleas of Montgomery County, Pennsylvania, the court in which the State Court Action was filed.

WHEREFORE, the Defendant prays that the above action now pending in the Court of Common Pleas for Montgomery County be removed to this Court.

**MARSHALL DENNEHEY WARNER COLEMAN & GOGGIN**

BY: /s/ Ronda K. O'Donnell
RONDA K. O'DONNELL
Attorney ID No. 47603
LEE C. DURIVAGE
Attorney ID No. 205928
2000 Market Street, Suite 2300
Philadelphia, PA  19103
Phone: (215) 575-2697/(215) 575-2584
Fax: (215) 575-0856
E-mail:  rkodonnell@mdwcg.com/
    lcdurivage@mdwcg.com

Attorneys for Defendant

Dated: December 28, 2022

## **CERTIFICATE OF SERVICE**

      I, Ronda K. O'Donnell, Esquire, do hereby certify that a true and correct copy of the Notice of Removal, was electronically filed with the Court on December 28, 2022, and is available for viewing and downloading from the ECF System.

James E. Goodley, Esquire
Ryan P. McCarthy, Esquire
**GOODLEY McCARTHY LLC**
1650 Market Street, Suite 3600
Philadelphia, PA 19103
james@gmlaborlaw.com
ryan@gmlaborlaw.com
*Attorneys for Plaintiff*

                                    **MARSHALL DENNEHEY WARNER**
                                       **COLEMAN & GOGGIN**

BY: _____
          RONDA K. O'DONNELL
          Attorney for Defendant